FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

ANTHONY ALVAREZ,                    )
                                    )   Case No.   EDCV 08-1512-AG  (MLG)
          Petitioner,               )
                                    )    ORDER ACCEPTING AND ADOPTING
     v.                             )   FINDINGS AND RECOMMENDATIONS OF
                                    )   UNITED STATES MAGISTRATE JUDGE
LARRY SMALLS, WARDEN,               )
                                    )
          Respondent.               )
_____)

       Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: APRIL 29, 2009

                                    _____
                                    Andrew J. Guilford
                                    United States District Judge