UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY ALVAREZ, | Case No. EDCV 08-1512-AG (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LARRY SMALLS, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: APRIL 29, 2009

Andrew J. Guilford
United States District Judge